## CLARENCE WESTON v. STATE.

No. A-973.   Opinion Filed March 7, 1912.

(121 Pac. 791.)

APPEAL—Time for Taking Proceedings. If an appeal in a felony case is not perfected by filing a transcript of the record in this court within six months from the date of the judgment, the appeal will be dismissed.

(Syllabus by the Court.)

*Appeal from Seminole County Court;*
*R. M. Rainey, Judge.*

Clarence Weston was convicted of manslaughter in the first degree, and sentenced to confinement in the state penitentiary for thirty years, and appeals.   Dismissed.

*Davis & Davis,* for appellant.

*Smith C. Matson,* Asst. Atty. Gen., for the State.

FURMAN, P. J.   Judgment was rendered against appellant on the 10th day of May, 1910, but the transcript of the record was not filed in this court until the 6th day of April, 1911.  Our statute is mandatory that appeals in felony cases must be perfected within six months after date of the judgment.   This appeal was not perfected until nearly eleven months after the judgment was rendered.

We therefore have no discretion, but must dismiss the appeal.   See *Farmer v. State,* 5 Okla. Cr. 151, 114 Pac. 753.

ARMSTRONG and DOYLE, JJ., concur.